■ CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Respondent, v FRANK M. PUZIO et al., Appellants, et al., Defendants.—In a condemnation proceeding, the appeal is from an order of the Supreme Court, Westchester County, dated May 9, 1975, which, *inter alia,* adjudged that plaintiff had not acted in bad faith in selecting the subject property for condemnation. Order affirmed, with $50 costs and disbursements. We believe the record supports a finding that the plaintiff has not acted in bad faith in this matter. Cohalan, Acting P. J., Damiani, Rabin, Titone and Hawkins, JJ., concur.

■ WILMA D. D'ANGELO, as Administratrix of the Estate of ANTHONY L. D'ANGELO, Deceased, Appellant, v NEW YORK CITY TRANSIT AUTHORITY, Respondent, et al., Defendant.—In an action to recover damages for wrongful death and conscious pain and suffering, plaintiff appeals from a judgment of the Supreme Court, Kings County, entered November 26, 1973, after a jury trial, which is in favor of the respondent. Judgment affirmed, without costs or disbursements. We have examined appellant's contentions and find them to be without merit. Cohalan, Acting P. J., Margett, Damiani, Rabin and Shapiro, JJ., concur.